IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 20-CR-30123-NJR |
| | ) |
| CAMERON J. BLAKE, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF FACTS

Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Alexandria Burns, Assistant United States Attorney for said District, herewith enters into the following Stipulation of Facts with the defendant,

1. On or about December 2, 2019, at approximately 11:28 p.m., Defendant Cameron J. Blake committed an armed robbery of a ZX Gas Station store located in Swansea at 2400 North Illinois Street, within the Southern District of Illinois. Specifically, Blake entered the ZX Gas Station and brandished a firearm with an extended magazine, which was real and loaded with live ammunition, at the store employee while demanding U.S. currency. Blake concealed his face and wore gloves. Blake fled the store with approximately $142 in U.S. currency.

2. At the time of the robbery, ZX Gas Station was engaged in the retail sale of food, beverages, tobacco products, and gasoline in interstate commerce, and was an industry that affects interstate commerce.

3. On or about December 2, 2019, at approximately 11:38 p.m., Defendant Blake committed an armed robbery of Huck's Food and Fuel, located at 4590 North Illinois Street, within the Southern District of Illinois. Specifically, Blake entered Huck's

and brandished a firearm with an extended magazine, which was real and loaded with live ammunition, at the employee and demanded money. Blake concealed his face. Blake fled the store with approximately $100 in U.S. currency.

4. At the time of the robbery, Huck's Food and Fuel, was engaged in the retail sale of food, beverages, tobacco products, and gasoline in interstate commerce and was an industry that affects interstate commerce.

5. On or about December 2, 2019, at approximately 11:56 p.m., Defendant Blake committed an armed robbery of a ZX Gas Station in Belleville, located at 420 Carlyle Avenue, within the Southern District of Illinois. Specifically, Blake entered ZX Gas Station and brandished a firearm with an extended magazine, which was real and loaded with live ammunition, at the employee and demanded money. Blake concealed his face. Blake fled the store with approximately $140 in U.S. currency.

6. At the time of the robbery, ZX Gas Station was engaged in the retail sale of food, beverages, tobacco products, and gasoline in interstate commerce, and was an industry that affects interstate commerce.

7. On or about December 27, 2019, Defendant Blake committed an armed robbery of a Domino's Pizza in Belleville, located at 1900 North Belt East, within the Southern District of Illinois. Specifically, Blake entered Domino's and brandished a firearm with an extended magazine, which was real and loaded with live ammunition, at the employees and demanded money. Blake concealed his face. Blake fled the restaurant with less than $75 in U.S. currency.

8. At the time of the robbery, Domino's Pizza was engaged in the retail sale of food and beverages in interstate commerce, and was an industry that affects interstate commerce.

9. During the investigation, law enforcement identified Defendant Cameron Blake as a

suspect. On January 2, 2020, Blake was arrested in O'Fallon, Illinois, and found in possession of a firearm with an extended magazine, further identified as a Heckler Koch VP9, 9mm semi-automatic firearm bearing serial number 224101381. That firearm was identified as the gun used by Blake during the four robberies.

**SO STIPULATED:**

STEVEN D. WEINHOEFT
United States Attorney

_____
CAMERON J. BLAKE
Defendant

_____
ALEXANDRIA BURNS
Assistant United States Attorney

_____
DAVID BRENGLE
Attorney for Defendant

Date: 03/16/2021

Date: 3/16/2021